UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cynthia Wyszynski,

          Plaintiff(s),

v.                                              Case No. 5:15–cv–11812–JCO–DRG
                                              Hon. John Corbett O'Meara

National Credit Adjusters,
L.L.C., et al.,

          Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  National Credit Adjusters, L.L.C.

    The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              DAVID J. WEAVER, CLERK OF COURT

                                              By: s/ Leanne Hosking
                                                   Deputy Clerk

Dated:  June 15, 2015